ACCEPTED
15-25-00045-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/7/2025 9:28 AM
CHRISTOPHER A. PRINE
CLERK

**Thursday August 7, 2025**

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/7/2025 9:28:57 AM
CHRISTOPHER A. PRINE
Clerk

**RE**:    Court of Appeals Number 15-25-00045-CV

Trial Court Case Number DF-24-07441

**Style**:  IN THE INTEREST OF I.C.S., A CHILD

IN THE COURT OF APPEALS
FIFTEENTH DISTRICT OF TEXAS
AT AUSTIN

NOTICE OF NONCOMPLIANCE WITH FILING DEADLINES

TO THE HONORABLE COURT OF APPEALS:

Appellant respectfully notifies the Court that, as of the date of this filing, the trial court clerk and court reporter have failed to timely file the appellate record in accordance with the deadlines set forth in the Texas Rules of Appellate Procedure and this Court's scheduling notice.

Specifically:
- The Clerk's Record was due to be filed by July 31, 2025, and has not been received.
- The Reporter's Record was also due by July 31, 2025, and remains outstanding.

Appellant has confirmed that payment arrangements and formal requests for both records were submitted in advance of the deadline. Despite these efforts, the records have not been filed, and no extension has been granted or requested by the trial court clerk or reporter.

Appellant respectfully requests that the Court take notice of this noncompliance and, if appropriate, issue any necessary orders to ensure timely filing of the appellate record.

CERTIFICATE OF SERVICE

I certify that on August 7, 2025, a true and correct copy of the foregoing Notice of Noncompliance with Filing Deadlines was served on the following parties via the eFileTexas electronic filing system.:

Kai Clark
Pro Se
kclark4152510@gmail.com

Respectfully submitted,
Nanyamka Sims
Dallasccfiles@gmail.com
Date: August 7, 2025

8/7/25

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104082243
Filing Code Description: Other Document
Filing Description: Notice of NonCompliance
Status as of 8/7/2025 9:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kai HClark | | kclark4152510@gmail.com | 8/7/2025 9:28:57 AM | SENT |